NO. 29130

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,

vs.

RANDAL STRONG, JR., Petitioner-Defendant-Appellee,

and

MALIEPO SITANI, Defendant.

FILED 2010 JUN -9 PM 1:38 E.M. RINANDO CLERK, APPELLATE COURTS STATE OF HAWAIʻI

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 06-1-1400)

ORDER AFFIRMING JUDGMENT ON APPEAL
(By:  Moon, C.J., Nakayama, and Recktenwald, JJ.;
Acoba, J., dissenting, with whom Duffy, J. joins)

Petitioner/defendant-appellee Randall Strong, Jr.
timely filed a petition for writ of certiorari on February 11,
2010, seeking review of the judgment of the Intermediate Court of
Appeals (ICA), filed on January 25, 2010, pursuant to its
November 25, 2009 published opinion in the above-entitled matter.
Therein, the ICA vacated the April 7, 2008 "Order Granting in
Part and Denying in Part [Petitioner's] Motion to Suppress
Evidence and Statements, Findings of Fact, and Conclusions of
Law" of the Circuit Court of the First Circuit and remanded the
matter to the trial court for further proceedings.  This court
accepted certiorari on March 23, 2010 and heard oral argument on
May 6, 2010.

-1-

Upon careful review of the record and the papers submitted by the parties and having given due consideration to the arguments advanced and the issues raised, including the parties' respective oral arguments,

IT IS HEREBY ORDERED that the ICA's January 25, 2010 judgment on appeal is affirmed.

DATED: Honolulu, Hawai'i, June 9, 2010.

Benjamin E. Lowenthal (Richard
  D. Gronna, on the petition),
  for petitioner/defendant-
  appellee,

Donn R. Fudo, Deputy
  Prosecuting Attorney, for
  respondent/plaintiff-
  appellant